NO. 07-12-0435-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

NOVEMBER 7, 2012
_____

NICOLE HICKS,

Appellant

V.

THE STATE OF TEXAS,

Appellees
_____

FROM THE 364th DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2011-429,920; HON. BRADLEY S. UNDERWOOD, PRESIDING
_____

***ON ABATEMENT AND REMAND***
_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Appellant Nicole Hicks appeals from her conviction for the offense of theft of over $20,000 but less than $100,000. On November 2, 2012, the clerk's record was filed. The reporter's record was due on November 5, 2012. On November 5, 2012, the reporter filed a request for an extension of time to file the record for the reasons that appellant has not submitted a request for preparation and a written designation for the record, nor has she paid for the record.

Accordingly, we abate this appeal and remand the causes to the 364th District Court of Lubbock County (trial court) for further proceedings. Upon remand, the trial court shall determine, via hearing or other reasonable means:

1. whether appellant desires to prosecute the appeal;

2. whether appellant is indigent; and, if so,

3. whether the appellant is entitled to a free record or appointed counsel.

The trial court is also directed to enter such orders necessary to address the aforementioned questions. So too shall it include its findings on those matters (including the name, address, and phone number of any attorney it may appoint to represent appellant in this appeal) in a supplemental record and cause that record to be filed with this court by December 7, 2012. Should further time be needed to perform these tasks, then same must be requested before December 7, 2012.

It is so ordered.

Per Curiam

Do not publish.